Felony

# United States District Court

Southern           District of   Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 1 4 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V

Jose Luis DOMINGUEZ-Salazar

**CRIMINAL COMPLAINT**

Mexico
A079 031 875    (EWA)

CASE NUMBER B-19 __663__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **February 2, 2019**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)**   **1326(a) and 1326(b)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Cameron County Jail on February 02, 2019. The defendant was subsequently arrested on June 12, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 17, 2017. The defendant was convicted of 8 USC 1326, alien unlawfully found in the United States after deportation, having been previously convicted of a felony on May 17, 2017. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $16.75

_Signature of Complainant_

Ernesto Alvarado           Deportation Officer
_Name and Title of Complainant_

Sworn to before me and subscribed in my presence,

June 14, 2019                                  at    Brownsville, Texas
_Date_                                                _City and State_

Ignacio Torteya III     U.S. Magistrate Judge
_Name and Title of Judicial Officer_                  _Signature of Judicial Officer_